FILED
SEP 17 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

William Lee Grant, II,       )
                             )
       Plaintiff,            )
                             )
v.                           )    Civil Action No. 18-1804 (UNA)
                             )
United States Department of Defense, )
                             )
       Defendant.            )

## MEMORANDUM OPINION

This matter is before the Court on initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted).

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a). In addition, a complaint "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A pleading that offers nothing more than "labels and conclusions" and "naked assertions devoid of further factual enhancement" does not suffice. *Id.* (citation, internal quotation marks and alterations omitted).

Plaintiff, a resident of Springfield, Illinois, alleges that he was "retaliated against by the Illinois Governor's Office and agencies under the [Governor's] jurisdiction for filing a civil

rights complaint with the Illinois Department of Transportation and an ethics complaint with the Office of Executive Inspector General in 2012." Compl. at 1. Plaintiff has raised ad nauseum this claim and others based on the same occurrences. *See Grant v. U.S. Dep't of Defense*, No. 18-cv-1162 (UNA) (D.D.C. filed Jun. 14 2018) (summarily dismissing case with prejudice for reasons stated in *Grant v. Dep't of Justice*, No. 17-cv-1434 (D.D.C. filed Aug. 4, 2017) ("*Grant I*"); *Grant v. Kabaker*, No. 17-cv-3261, 2017 WL 8791109, at *1 (C.D. Ill. Dec. 4, 2017) (noting "that Plaintiff has filed multiple unfounded lawsuits that waste the time and resources of the federal court. This lawsuit is just the latest one"). In this case, plaintiff sues the Department of Defense but, like before, has alleged no facts concerning the agency or its employees. *See Grant I* at 3. Given the repetition, this case also will be dismissed with prejudice. A separate order accompanies this Memorandum Opinion.

Date: September 13, 2018

United States District Judge

2